# UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

# Civil Cover Sheet

This automated JS-44 conforms generally to the manual JS-44 approved by the Judicial Conference of the United States in September 1974. The data is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. The information contained herein neither replaces nor supplements the filing and service of pleadings or other papers as required by law. This form is authorized for use <u>only</u> in the District of Arizona.

**The completed cover sheet must be printed directly to PDF and filed as an attachment to the Complaint or Notice of Removal.**

**Plaintiff**
(s):        **Rojas D. Laura**

County of Residence: Maricopa

County Where Claim For Relief Arose: Maricopa

Plaintiff's Atty(s):

**Michelle Ray Matheson , Attorney**
**Matheson & Matheson, PLC**
**15300 N 90th St, Ste 550**
**Scottsdale, Arizona  85260**
**480-889-8951**

**Defendant**
(s):        **Groupon, Inc.**

County of Residence: Maricopa

Defendant's Atty(s):

II. Basis of Jurisdiction:        **3. Federal Question (U.S. not a party)**

III. Citizenship of Principal Parties
**(Diversity Cases Only)**
                    Plaintiff:- **N/A**
                    Defendant:- **N/A**

IV. Origin :                        **1. Original Proceeding**

V. Nature of Suit:                **710 Fair Labor Standards Act**

VI.Cause of Action:            **Fair Labor Standards Act, 29 U.S.C. § 201, et seq., and the Americans with Disabilities Act of 1990, as amended, 42 U.S.C. § 12101e, et seq.**

VII. Requested in Complaint
                Class Action: **No**
            Dollar Demand:
                Jury Demand: **Yes**

VIII. This case **is not related** to another case.

**Signature:  /s Michelle R. Matheson**

        **Date:  1/24/2017**