Michelle R. Matheson #019568
**MATHESON & MATHESON, P.L.C.**
15300 North 90th Street
Suite 550
Scottsdale, Arizona 85260
(480) 889-8951
mmatheson@mathesonlegal.com
*Attorney for Plaintiff*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Laura D. Rojas,<br><br>              Plaintiff,<br><br>vs.<br><br>Groupon, Inc.,<br><br>              Defendant. | Case No.: 2:17-cv-00228-SPL<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE** |

Pursuant to Fed. R. Civ. Pro. 41(a)(1)(A)(i), Plaintiff hereby voluntarily dismisses this action with prejudice.

DATED this 24th day of April 2017.

**MATHESON & MATHESON, P.L.C.**


By: /s Michelle R. Matheson
Michelle R. Matheson, #019568
*Attorney for Plaintiff*

**CERTIFICATE OF SERVICE**

☒ I hereby certify that on <u>April 24, 2017</u> I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

☒ I hereby certify that on <u>April 24, 2017</u>, I served the attached document by ☐ mail, ☒ e-mail, ☐ courier service, ☐ in-person delivery, on the following:

Meagan C. LeGear
Assistant General Counsel
GROUPON, INC.
600 W. Chicago Ave., Suite 400
Chicago, IL 60654
mlegear@groupon.com

<u>/s Christina Hackett, CP</u>

2